1068

REBEKAH L. SUBIDO, *Respondent*, v. DOUGLAS M. DILLS, ET
AL., *Defendants*, KAROLY FOGASSY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-17472-8, Glenna Hall, J., entered Febru-
ary 12, 1997. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Webster and Baker, JJ.

[No. 40401-6-I.    Division One.    January 25, 1999.]
GARY L. SEABLOM, ET AL., *Appellants*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-12625-0, Michael Trickey, J., entered
January 2, 1997. *Reversed* by unpublished opinion per
Kennedy, C.J., concurred in by Coleman and Becker, JJ.

[No. 40424-5-I.    Division One.    January 25, 1999.]
THE CITY OF BRIER, *Appellant*, v. ROGER HAWKES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-03294-8, Linda C. Krese, J.,
entered March 28, 1997. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Agid, A.C.J., and Cox, J.

[Nos. 40457-1-I; 41773-8-I.    Division One.    January 25, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. HUYN JOO
LEE, *Appellant*.

*In the Matter of the Personal Restraint of* HUYN JOO
LEE, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-01011-8, Steven G. Scott, J., entered Feb-
ruary 28, 1997, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dis-
missed* by unpublished opinion per Kennedy, C.J., concurred
in by Cox and Ellington, JJ.